1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone: (916) 554-2760
5
   Attorneys for United States of America
6

**FILED**

FEB 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

7
                   UNITED STATES DISTRICT COURT
8
                  EASTERN DISTRICT OF CALIFORNIA
9
                        SACRAMENTO DIVISION
10

11  In the Matter of the Tax        )  Case No. 2:11-SW-0073 KJN
    Indebtedness of:                )
12                                  )
    THOMAS J. KASCHAK               )
13                                  )
    Ex Parte UNITED STATES OF AMERICA, )
14  and REVENUE OFFICER AMANDA      )  ORDER AUTHORIZING ENTRY UPON
    WALLACE,                        )  PREMISES TO EFFECT LEVY
15                                  )
        Applicants for Order.       )
16  _____

17      The UNITED STATES OF AMERICA and its Revenue Officer, AMANDA

18  WALLACE, have applied for an Order to enter upon and into the

19  premises located at Hanger E2, Modesto Municipal Airport, 617 Airport

20  Way, Modesto, California, for the purpose of searching for, levying

21  upon, and seizing that certain Piper Seneca airplane, model number

22  PA-34-2000T, serial number 34-7670043, registration and tail number

23  N4441X, described in the declaration of AMANDA WALLACE.

24      Upon the showing made by the declaration under penalty of

25  perjury of applicant AMANDA WALLACE, the Court finds that there is

26  probable cause to believe that (1) the taxpayer has outstanding

27  federal tax liabilities, (2) the IRS has made notice and demand upon

28  the taxpayer for such federal tax liabilities, (3) the taxpayer has

Order Granting United States' Application                        -1-

1  neglected or refused to pay such federal tax liabilities, and (4)
2  assets to which the federal tax liens have attached, subject to levy
3  and seizure, are located on or within said premises.  Entry onto the
4  premises to search for and seize the assets, to wit, that certain
5  Piper Seneca airplane, model number PA-34-2000T, serial number 34-
6  7670043, registration and tail number N4441X, located at Hanger E2,
7  Modesto Municipal Airport, 617 Airport Way, Modesto, California, and
8  subject to levy under the Internal Revenue laws, is reasonable under
9  the circumstances.

    NOW, THEREFORE, IT IS HEREBY ORDERED that AMANDA WALLACE, and/or
such other officers, contractors and agents of the Internal Revenue
Service of the United States as it may designate, are authorized and
directed to enter upon and into the described premises during
business hours, or the daytime, within twenty-one (21) days from the
date this Order is signed, for the purpose of searching for and
seizing the asset described in the Declaration of AMANDA WALLACE.

    It is SO ORDERED this 22nd day of February, 2011, at
Sacramento, California.

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

Order Granting United States' Application                        -2-